

**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION
AT MACON, GEORGIA**

**MINUTE SHEET
OF COURT PROCEEDINGS**

| | | | |
|---|---|---|---|
| Date: | 9/24/2018 | Type of Hearing: | Jury Trial – Day 1 |
| Judge: | Marc T. Treadwell | Court Reporter: | Darlene Fuller |
| Courtroom Deputy: | Teri L. Hatcher | Law Clerk: | Moses Tincher |
| Courtroom: | A | | |

**Case Number: 5:17-CR-43(MTT)**

| | | |
|---|---|---|
| U.S. | Counsel: | Beth Howard<br>Dan Bennett |
| v. | | |
| Cliffard Whitby | Counsel: | Nicholas Lotito<br>Bruce Morris<br>Brian Jarrard |
| Harold Knowles | | Jimmy Judkins<br>Pamela Marsh |
| Central Georgia Partnership<br>Positiventures | | Stephen LaBriola<br>Seth Kirchenbaum |

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR:  5 hours/37 minutes**

| | |
|---|---|
| 10:21 am | Called to order.  Discussion of juror excuses. |
| 10:27 am | Recessed. |
| 10:51 am | Called to order.  The Court addressed the Jury.  Roll call.  Panel sworn.  The Court called the case for trial.  Court's voir dire. |
| 12:11 pm | Recessed. |
| 12:26 pm | Reconvened.  Continued voir dire by the Court. |
| 12:58 pm | Recessed. |
| 1:43 pm | Reconvened.  Individual voir dire by the Court and counsel in private. |
| 3:36 pm | Recessed. |
| 3:45 pm | Reconvened.  Voir dire by Beth Howard. |

US v. Whitby, *et al.*
5:17-cr-43 (MTT)
Page 2

| | |
|---|---|
| 4:14 pm | Voir dire by Mr. Jarrard. |
| 4:24 pm | Voir dire by Mr. Judkins. |
| 4:34 pm | Voir dire by Mr. LaBriola. |
| 4:49 pm | Voir dire by Mr. Kirchenbaum. |
| 4:54 pm | Recessed. |
| 5:23 pm | Reconvened.  Jury selection. |
| 5:50 pm | The Court addressed the jury. |
| 6:00 pm | Jury excused.  Recessed. |