AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

CENTRAL GEORGIA PARTNERSHIP FOR INDIVIDUAL AND COMMUNITY DEVELOPMENT

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:   5:17-CR-43-003-MTT-CHW

     The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

s/Marc T. Treadwell
_____
Signature of Judge

MARC T. TREADWELL, UNITED STATES DISTRICT JUDGE
_____
Name and Title of Judge

October 10, 2018
_____
Date